| Information to identify the case: | | |
|---|---|---|
| Debtor **SmileDirectClub, LLC**<br>Name | EIN: 47–1363956 | |
| United States Bankruptcy Court  Southern District of Texas | Date case filed in chapter: | 11  9/29/23 |
| Case number:  23–90784 | Date case converted to chapter: | 7  1/26/24 |

## Official Form 309C (For Corporations or Partnerships)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | SmileDirectClub, LLC | |
| 2. | **All other names used in the last 8 years** | fka SmileCareClub, LLC | |
| 3. | **Address** | 414 Union Street<br>8th Floor<br>Nashville, TN 37219 | |
| 4. | **Debtor's attorney**<br>Name and address | Rebecca Blake Chaikin<br>Jackson Walker LLP<br>1401 McKinney Street<br>Houston, TX 77010 | Contact phone 713–752–4413<br><br>Email: rchaikin@jw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | | Contact phone _____<br><br>Email: None |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 1/26/24 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 15, 2024 at 03:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866–708–3547, passcode 1592365** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 23-90784-cml
SmileDirectClub, LLC  Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4   User: ADIuser   Page 1 of 2
Date Rcvd: Jan 26, 2024   Form ID: 309C   Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Susan C Mathews, Baker, Donelson, Bearman, Caldwell & Ber, 1301 McKinney Street, Suite 3700, Houston, TX 77010-3034 |
| cr | + | Nashville Hockey Club Limited Partnership, Baker Donelson Bearman Caldwell &, 1301 McKinney Street, Suite 3700, Houston, TX 77010-3034 |
| 12622088 | + | AmREIT Uptown Dallas, LP, 5910 North Central expressway, Suite 168, Dallas, TX 75206-5125 |
| 12596140 | + | Dr. Arthur Kapit, c/o Richard Stone, Esq., 11 East 44th Street, #1900, New York, NY 10017-3661 |
| 12596138 | + | Dr. Joseph Ciccio, et. al. as class claimants, c/o Richard Stone, Esq., 11 East 44th Street, #1900, New York, NY 10017-3661 |
| 12596153 | + | Dr. Vishnu Raj, c/o Richard Stone, Esq., 11 East 44th Street, #1900, New York, NY 10017-3661 |
| 12595950 | + | Kulzer LLC, c/o Holland & Knight LLP, Attn: Mark C. Taylor, 100 Congress Ave., Ste. 1800, Austin, TX 78701-4042 |
| 12578478 | + | Lori Agajanian, 3324 Catherine Mermet Ave., North Las Vegas, NV 89081-6483 |
| 12596038 | + | Nashville Hockey Club Limited Partnership, c/o Susan C. Mathews, Baker Donelson, 1301 McKinney St., Ste. 3700, Houston, Texas 77010-3034 |
| 12560512 | + | Nebraska Department of Labor, 550 S. 16th St. PO Box 94600, Lincoln, NE 68509-4600 |
| 12596154 | + | Spotswood Sansom & Sansbury LLC, 505 20th Street, #700, Birmingham, AL 35203-4655 |
| 12553801 | + | Taxing Districts Collected by Potter County, %PBFCM, PO BOX 9132, AMARILLO, TX 79105-9132 |
| 12578487 | + | Taxing Districts Collected by Randall County, %PBFCM, PO BOX 9132, AMARILLO, TX 79105-9132 |
| 12579302 | + | iHeart Media, Attn: Bad Debt Prevention, 20880 Stone Oak Parkway, San Antonio, TX 78258-7460 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: businesslicenses@smiledirectclub.com | Jan 26 2024 19:55:00 | SmileDirectClub, LLC, 414 Union Street, 8th Floor, Nashville, TN 37219 |
| aty | | Email/Text: rchaikin@jw.com | Jan 26 2024 19:55:00 | Rebecca Blake Chaikin, Jackson Walker LLP, 1401 McKinney Street, Houston, TX 77010 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jan 26 2024 19:56:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12560546 | + | EDI: AZDEPREV.COM | Jan 27 2024 01:03:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General -, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 12558252 | ^ | MEBN | Jan 26 2024 19:53:23 | City of Memphis, PO Box 185, Memphis, TN 38101-0185 |
| 12560837 | | EDI: IRS.COM | Jan 27 2024 01:03:00 | INTERNAL REVENUE SERVICE, 1919 SMITH STREET, M/S 5024 HOU, HOUSTON, TX 77002 |
| 12606021 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jan 26 2024 19:55:00 | NYS DEPT. OF LABOR, STATE CAMPUS, BLDG 12-RM 256, ALBANY, NY 12240-0001 |
| 12595434 | + | Email/Text: schristianson@buchalter.com | Jan 26 2024 19:55:00 | Oracle Credit Corporation & Oracle America, Inc. S, c/o Shawn M. Christianson, Esq., Buchalter PC, |

District/off: 0541-4 User: ADIuser Page 2 of 2
Date Rcvd: Jan 26, 2024 Form ID: 309C Total Noticed: 24

| | | | | |
|---|---|---|---|---|
| 12610621 | | ^ MEBN | Jan 26 2024 19:53:24 | 425 Market St., Suite 2900, San Francisco, CA 94105-2491<br>Philadelphia Gas Works, 800 w. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 12558172 | | + Email/Text: accounts.receivable@uline.com | Jan 26 2024 19:56:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12596034 | | Nashville Hockey Club Limited Partnership |
| 12625714 | ##+ | Suzzana Ayala, 1001 S Hale Ave #17, Escondido, CA 92029-2175 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Rebecca Blake Chaikin | on behalf of Debtor SmileDirectClub  LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Susan C Mathews | on behalf of Creditor Nashville Hockey Club Limited Partnership smathews@bakerdonelson.com  bellender@bakerdonelson.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3