UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **SMILEDIRECTCLUB, INC.,** *et. al.*[1] | ) | Case No. 23-90786 (CML) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

**COMES NOW,** Dr. Joseph Ciccio, Joseph A. Ciccio, Jr., D.D.S. and Peter B. Demarest, D.M.D., PLLC, Dr. Arthur Kapit, Arthur L. Kapit, D.D.S., M.Sc.D., P.A., Dr. Vishnu Raj, and Alamo Ranch Orthodontics, PLLC, individually and on behalf of a formerly proposed class of dentists and/or the practice entities through which they provide dental services (collectively, the "Dentist & Orthodontist Claimants"), and Spotswood Sansom & Sansbury LLC ("Spotswood", collectively with the Dentist & Orthodontist Plaintiffs, the "Claimants") hereby withdraws their respective proofs of claim (the "Claims") against the below referenced debtors as follows:

- ■ Withdrawal of Claims Filed in Case No. 23-90786, *In re SmileDirectClub, Inc.*:

    - o Claim No. 12-1; Claim No. 13-1; Claim No. 14-1, Claim No. 15-1; Claim No. 16-1; and Claim No. 17-1.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://www.restructuring.ra.kroll.com/SmileDirectClub. The location of Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 414 Union Street, 8th Floor, Nashville, Tennessee, 37219.

- Withdrawal of Claims Filed in Case No. 23-90784, *In re SmileDirectClub, LLC*:

    o Claim No.13-1; Claim No.14-1; Claim No.15-1; Claim No.16-1; Claim No. 17-1; and Claim No. 18-1.

- Withdrawal of Claims Filed in Case No. 23-90789, *In re SDC Financial LLC*:

    o Claim No.2-1; Claim No.3-1; Claim No.4-1; Claim No.5-1; Claim No. 6-1; and Claim No. 7-1.

Date: August 14, 2024.

Respectfully Submitted,

SPENCER FANE LLP

*By: /s/ Eric M. Van Horn*
Eric M. Van Horn
Texas Bar No. 24051465 #020655
SPENCER FANE LLP
2200 Ross Ave., Suite 4800W
Dallas, Texas 75201
Telephone: (214) 750-3610
Facsimile:  (214) 750-3612
Email: ericvanhorn@spencerfane.com

*Attorneys for the Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024 a copy of the foregoing was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service of electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to all parties in interest.

By: /s/ *Eric M. Van Horn*
Eric M. Van Horn